FILED
CLERK, U.S. DISTRICT COURT

NOV 16 2010

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CR10-253-DMG

UNITED STATES OF AMERICA,
    Plaintiff,

v.

Jodi L. Wilder

    Defendant.

ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release)

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

  (A)  (✓)  the appearance of defendant as required; and/or

  (B)  ( )  the safety of any person or the community.

//
//

The court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that: _she can abide by court order_

(B) ( ) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that: _see PSA report_

IT IS ORDERED that defendant be detained.

DATED: 11-16-10

STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE